In the Matter of the Application of AARON RICH for a Writ of Habeas Corpus to Determine the Custody of ALAN WARREN RICH, Now Held by BEATRICE RICH KAMINSKY and ABRAHAM KAMINSKY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Executor of the Last Will and Testament and Codicil Thereto of EDWARD W. BROWNING, Deceased, for an Order to Discover Money and Property Withheld, Pursuant to Section 205 of the Surrogate's Court Act. ALEX P. WATTS and Another; TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LAWRENCE TRIPALDI, an Infant, by JAMES TRIPALDI, His Guardian ad Litem, and JAMES TRIPALDI v. ANTONIO SENNO and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between MIDTOWN REALTY OWNERS' ASSOCIATION, INC., PENN ZONE ASSOCIATION, INC., and LOCAL 164, BUILDING SERVICE EMPLOYEES INTERNATIONAL UNION, A. F. OF L.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ABRAHAM SOMMER, Individually and as Guardian ad Litem of HERBERT SOMMER, an Infant, etc., v. ROBERT B. STEARNS and Others.— Motion for reargument or resettlement denied, with ten dollars costs. Present — Martin, P. J., Glennon Untermyer, Cohn and Callahan, JJ.; Untermyer, J., taking no part.

In the Matter of the Application of ALFRED E. SMITH, JR., and Others, for an Order Adjudging PAUL J. KERN, Individually and as President of the Municipal Civil Service Commission of the City of New York, Guilty of Contempt, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of DAVID I. WOLFSTEIN and Others v. LOVEMAN, JOSEPH & LOEB.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.